AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
MAY 05 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| United States of America | ) |
| v. | ) |
| JEROME ANTHONY SPRINGFIELD | ) Case No. 3:22-cr-00031-JMK-MMS |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: Federal Building – U.S. Courthouse
222 W. 7th Avenue
Anchorage, Alaska 99513

Courtroom No.: 5
Date and Time: May 18, 2022 at 9:00 AM

This offense is briefly described as follows:

18:371 Wildlife Trafficking Conspiracy – Count 1; 16:3372(a)(2)(A) and 3373(d)(1)(A) Wildlife Trafficking Counts 2-6; 16:3372(a)(1) and 3373(d)(1)(A) Wildlife Trafficking Counts 7-9; 18:545 Smuggling Wildlife into the United States Counts 10-14

Date: April 22, 2022

by  s/Brenda Kappler
     *Signature of Issuing Officer*

Brian D. Karth, Clerk of Court
*Name and title of Issuing Officer*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 04/29/2022

*Server's signature*

SA Zacjster USFWS
*Printed name and title*