Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:21-CR-00049-JMK-MMS |
| v. ) | |
| ) | |
| JEROME ANTHONY STRINGFIELD, ) | |
| Defendant. ) | |
| ) | |

### ENTRY OF APPEARANCE

COMES NOW Phillip Paul Weidner, of Phillip Paul Weidner & Associates, A Professional Corporation, and hereby enters his appearance on behalf of JEROME ANTHONY STRINGFIELD, Defendant in the above-captioned matter.

Please address a copy of all pertinent pleadings, orders, and correspondence to:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281

RESPECTFULLY submitted this 17th day of May 2022.

                         WEIDNER & ASSOCIATES
                         Attorneys for Defendant Jerome Stringfield

                         /s/ Phillip Paul Weidner

CERTIFICATE OF SERVICE
I hereby certify that on May 17, 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281