Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEROME ANTHONY STRINGFIELD, )<br>Defendant. )<br>_____ ) | Case No. 3:21-CR-00049-JMK-MMS |

**MOTION FOR PERMISSION FOR COUNSEL TO APPEAR TELEPHONIC AT ARRAIGNMENT/DETENTION HEARING**

COMES NOW Defendant Jerome Anthony Stringfield, by and through counsel Phillip Paul Weidner, of Phillip Paul Weidner & Associates, APC, and hereby respectfully requests the Court to allow counsel to appear telephonic at the Arraignment/Detention Hearing set for Wednesday, May 18, 2022, at 9:00AM.

This Motion is made on the grounds that counsel Mr. Weidner is isolated at his homestead recovering from a recent surgery and is unable to personally appear.

Further, associate counsel is out of the office with COVID and thus, is unable to personally appear on Mr. Weidner's behalf.

RESPECTFULLY submitted this 17th day of May 2022.

          WEIDNER & ASSOCIATES
          Attorneys for Defendant Jerome Stringfield

          <u>/s/ Phillip Paul Weidner</u>

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on May 17, 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

<u>/s/ Phillip Paul Weidner</u>

**WEIDNER & ASSOCIATES**
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281

MOTION TO APPEAR TELEPHONIC
*United States of America v. Jerome Stringfield,* Case No. 3:22-CR-00031-JMK-MMS
Page 2 of 2