Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:21-CR-00049-JMK-MMS |
| v. ) | |
| ) | |
| JEROME ANTHONY STRINGFIELD, ) | |
| Defendant. ) | |
| ) | |

### ORDER RE: MOTION FOR PERMISSION FOR COUNSEL TO APPEAR TELEPHONIC AT ARRAIGNMENT/DETENTION HEARING

For good cause shown, the Court hereby GRANTS the *Motion for Permission for Counsel to Appear Telephonic at Arraignment/Detention Hearing*, set for Wednesday, May 18, 2022, at 9:00AM. Counsel may appear by calling _____.

Date: _____          _____
                                                              U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on May 17, 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner