Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEROME ANTHONY STRINGFIELD, )<br>Defendant. )<br>) | Case No. 3:22-CR-00031-JMK-MMS |

### NOTICE TO COURT RE DEFENDANT'S *RIGHT TO SPEEDY TRIAL ACT/FSA ACKNOWLEDGMENT & WAIVER*

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel Phillip Paul Weidner, of Phillip Paul Weidner & Associates, APC, and hereby provides notice to the Court of Defendant's intentions to file the *Right to Speedy Trial ACT/FSA Acknowledgment & Waiver* form, on Tuesday, May 31, 2022, or as soon as possible thereafter.

Counsel is mindful of the Court's Order at Docket 10 requesting said form be filed on or before today's date (5/25/22); however, due to logistics in obtaining the Defendant's signature in Florida, there has been a delay.

Thus, Counsel respectfully gives notice herein of the anticipated filing of said form on Tuesday, May 31, 2022, or as soon as possible thereafter.

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200  Fax (833) 594-1281

RESPECTFULLY submitted this 25th day of May 2022.

                                      WEIDNER & ASSOCIATES
                                      Attorneys for Defendant Jerome Stringfield

                                      /s/ Phillip Paul Weidner

CERTIFICATE OF SERVICE
I hereby certify that on May 25, 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281