Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-CR-00031-JMK-MMS |
| v. ) | |
| ) | |
| JEROME ANTHONY STRINGFIELD, ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING DEFENDANT'S *RIGHT TO SPEEDY TRIAL ACT/FSA ACKNOWLEDGMENT & WAIVER*

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel Phillip Paul Weidner of Phillip Paul Weidner & Associates, APC, and hereby files the instant *Right to Speedy Trial ACT/FSA Acknowledgment & Waiver* form digitally executed by the Defendant Jerome Stringfield.

Counsel is filing said digitally executed form due to logistics; however, if the Court so requires, Counsel will obtain and file an original signature.

RESPECTFULLY submitted this 1st day of June 2022.

        WEIDNER & ASSOCIATES
        Attorneys for Defendant Jerome Stringfield

        /s/ Phillip Paul Weidner

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200  Fax (833) 594-1281