Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>JEROME ANTHONY STRINGFIELD,  )<br>Defendant.  )<br>_____ ) | Case No. 3:22-CR-00031-JMK-MMS |

## MOTION FOR PERMISSION FOR COUNSEL TO APPEAR TELEPHONIC AT TRIAL SCHEDULING CONFERENCE

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel Phillip Paul Weidner, of Phillip Paul Weidner & Associates, APC, and hereby respectfully requests the Court to allow Counsel to appear telephonic at the trial Scheduling Conference set for Thursday, June 9, 2022, at 10:00AM before Joshua Kindred.

This Motion is made on the grounds that Counsel Mr. Weidner has not been vaccinated and does not wish to be personally present unless absolutely necessary, and thus, requests permission to appear by phone.

RESPECTFULLY submitted this 8th day of June 2022.

                WEIDNER & ASSOCIATES
                Attorneys for Defendant Jerome Stringfield

                /s/ Phillip Paul Weidner

CERTIFICATE OF SERVICE
I hereby certify that on this 8th day of June 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner

**WEIDNER & ASSOCIATES**
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281