Phillip Paul Weidner
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-CR-00031-JMK-MMS |
| v. | ) | |
| | ) | |
| JEROME ANTHONY STRINGFIELD, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER RE: MOTION FOR PERMISSION FOR COUNSEL TO APPEAR
TELEPHONIC AT TRIAL SCHEDULING CONFERENCE**

For good cause shown, the Court hereby GRANTS the *Motion for Permission for Counsel to Appear Telephonic at Trial Scheduling Conference*, Thursday, June 9, 2022, at 10:00AM before Joshua Kindred. Counsel may appear by calling

_____.


Date: _____          _____
                                 U. S. District Court Judge


CERTIFICATE OF SERVICE
I hereby certify that on this 8th day of June 2022, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/s/ Phillip Paul Weidner

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200  Fax (833) 594-1281