S. LANE TUCKER.
United States Attorney

STEVEN SKROCKI
CHARISSE ARCE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Email: steven.skrocki@usdoj.gov
  charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:22-cr-00031-JMK-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEROME ANTHONY STRINGFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT RE PRODUCTION OF DISCOVERY**

The United States, along with counsel for defendant Anthony Stringfield, file with the court a status report concerning discovery provide and discovery in the above captioned case. With respect to discovery, the parties provide as follows:

On June 2, 2022, the parties met and conferred telephonically concerning discovery in this case. During that conversation, the following matters occurred and or were discussed.

As of that date, defense counsel has received the first production of discovery which contains Rule 16 materials, Jencks materials and relevant emails, internet postings and voice mail communications from the defendant to unindicted coconspriator G.A.B. who is referenced in the indictment. The United States and defendant agree that the United States will be providing additional discovery as to the rest of the entire investigation as it concerns GAB's activities with other defendants in short order. In the meantime, the parties have agreed to continue working as to an agreed upon disposition to this case.

//

//

//

//

//

//

//

//

//

//

RESPECTFULLY SUBMITTED this June 8, 2022, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven Skrocki
STEVEN SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/Steven Skrocki
Office of the U.S. Attorney

*U.S. v. Stringfield*
3:22-cr-00031-JMK-MMS           Page **3** of **3**