S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov
   charisse.arce@usdoj.gov


Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00031-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) |
| JEROME ANTHONY STRINGFIELD, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

  The United States, pursuant to Federal Rule of Criminal Procedure ("FRCrP") 16(d), respectfully moves the Court to enter the proposed attached protective order regulating discovery.

This case is one of several to be charged resulting from an investigation regarding alleged unlawful importation of coral from one individual in the Philippines to various Americans in several different districts in the Lower 48. Based on the evidence, the Government charged individual defendants separately, rather than multiple defendants in one case. The Government anticipates that the various defendants may be entitled to discovery regarding subjects of the investigation other than themselves. Put another way, this particular defendant may be entitled to discovery that is also relevant to another defendant who, also, allegedly unlawfully received coral from the same source in the Philippines.

In order to facilitate discovery, while also protecting the privacy of other subjects of the investigation, the parties jointly request the Court enter the attached proposed protective order.

RESPECTFULLY SUBMITTED August 19, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, a true and correct copy of the foregoing was served electronically on the following:

Phil Weidner

s/ Steven E. Skrocki
Office of the U.S. Attorney

U.S. v. Stringfield
3:22-cr-00031-JMK-MMS