S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JEROME ANTHONY STRINGFIELD,  )<br>  )<br>Defendant.  )<br>  ) | No. 3:22-cr-00031-JMK-MMS |

**STATUS REPORT**

The United States files with the Court a status report, from its' perspective in the above captioned case. To this date, the parties have been discussing resolution in this case in a constructive manner. The defense has supplied, as it said it would, specific information concerning the defendant's mental health status which could impact the basis of any plea agreement. The United States has asked the defense if there is any further information

pending, as it believes more exists, however as of this date it has not been produced nor has the request been answered.

Given the foregoing, in the interests of justice, the United States requests a status conference and or a hearing to continue the matter for another 30 days.

RESPECTFULLY SUBMITTED January 27, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023, a
true and correct copy of the foregoing was
served electronically on the following:

Phil Weidner

s/ Steven E. Skrocki
Office of the U.S. Attorney

U.S. v. Stringfield
3:22-cr-00031-JMK-MMS

2