S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Steven.Skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME ANTHONY STRINGFIELD,<br><br>Defendant. | No. 3:22-cr-00031-JMK-MMS |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The United States files with the court a Joint Motion to Continue the Status Conference in this case currently scheduled for June 15, 2023 at 2:00 p.m. for another four weeks. Said motion is filed jointly and is based on the parties' agreement with respect to continue to acquire additional mental health records as well as discussions concerning making certain mental health professionals available to the government for inquiry. Both of those matters have been taking longer than anticipated due to clearing certain medical provider privilege and access issues. These issue would be conveyed to

the court at the scheduled hearing and the parties believed, in the interests of judicial economy that a continuance would better serve this matter at this time.

Excludable delay would be found under 18 U.S.C. Section 3161(h)(1)(A), and (h)(7)(A). Wherefore, the parties jointly request that the matter be continued another four weeks.

RESPECTFULLY SUBMITTED June 9, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Steven E. Skrocki
STEVEN E. SKROCKI
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Steven E. Skrocki