IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:22-cr-00031-JMK-MMS |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| JEROME ANTHONY STRINGFIELD, | ) |
| Defendant. | ) |
| | ) |

Having duly considered the Joint Motion to Continue Status Conference, the motion is hereby GRANTED.

The Status Conference is now scheduled for _____ at _____.

DATED this _____ day of June, 2023, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE