Phillip Paul Weidner
Lisa Rosano
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-CR-00031-JMK-MMS |
| v. ) | |
| ) | |
| JEROME ANTHONY STRINGFIELD, ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED 30-DAY MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel, Phillip Paul Weidner & Associates, APC, and hereby respectfully requests the Court continue the Status Conference in this matter currently set for July 27, 2023, at 11:30AM, for a period of 30 days.

This Motion is made on the grounds that Counsel Mr. Weidner is traveling out of state not returning to the office until Monday, July 31, 2023, and Ms. Rosano will likewise be out of the office on prearranged personal leave not returning until Monday, July 31, 2023.

Further, Counsel is still communicating with United States Attorney Steven Skrocki regarding a potential plea agreement and thus, a 30-day continuance is requested.

Counsel, Ms. Rosano communicated via email with Mr. Skrocki, and he indicated he does not oppose the instant relief requested.

RESPECTFULLY submitted this 21st day of July 2023.

WEIDNER & ASSOCIATES
Attorneys for Defendant Jerome Stringfield

*/s/Lisa Rosano*
Lisa Rosano
ABA No. 0511110

CERTIFICATE OF SERVICE
I hereby certify that on this 21st day of July 2023, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/Lisa Rosano*

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281