Phillip Paul Weidner
Lisa Rosano
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEROME ANTHONY STRINGFIELD, )<br>Defendant. )<br>_____ ) | Case No. 3:22-CR-00031-JMK-MMS |

**ORDER RE UNOPPOSED 30-DAY MOTION TO CONTINUE STATUS CONFERENCE**

For good cause shown, the Court hereby GRANTS the *Unopposed 30-Day Motion to Continue Status Conference.*

Date: _____      _____
                                                            U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on this 21st day of July 2023, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/ Lisa Rosano*