S. LANE TUCKER
United States Attorney

MORGAN J. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Morgan.walker@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME ANTHONY STRINGFIELD,<br><br>Defendant. | No. 3:22-cr-00031-JMK-MMS |

**NOTICE OF ATTORNEY APPEARANCE**

Comes now the United States of America to give notice that Assistant U.S. Attorney Morgan J. Walker will appear as counsel for the United States in this matter.

//

//

//

//

//

//

RESPECTFULLY SUBMITTED September 8, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Morgan J. Walker
MORGAN J. WALKER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Morgan J. Walker