Phillip Paul Weidner
Lisa Rosano
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>    v. )<br>)<br>JEROME ANTHONY STRINGFIELD, )<br>           Defendant. )<br>_____ ) | Case No. 3:22-CR-00031-JMK-MMS |

**UNOPPOSED/CONSENT MOTION TO CONTINUE STATUS HEARING**

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel, Phillip Paul Weidner & Associates, APC, and hereby respectfully requests the Court continue the Status Conference in this matter currently set for January 25, 2024, to February 15, 2024 at 11:00 a.m.

This Motion is made on the following grounds.

The parties have been communicating to resolve this matter via Rule 11 plea agreement. This includes discussing how to approach a change of plea hearing and sentencing hearing given the circumstances of the Defendant.

Without waiver of the attorney client privilege, Defendant is unable to travel to Alaska for change of plea and sentencing hearings due to very limited finances.

Defendant's finances are such that he would likely be eligible for appointment of counsel at public expense. Defendant has not been able to fulfil his obligations under the representation agreement with private counsel, and has only been able to pay a fraction of the fees promised.

Counsel has worked with Defendant over the phone and email throughout their representation. They have recently communicated regarding the proposal for plea agreement. In connection with entering a plea, Defendant will need to travel to Alaska for hearings. However, Defendant is financially strained and cannot afford this travel.

Counsel is concerned that Defendant's inability to travel to Alaska will impact their ability to effectively represent Defendant with respect to change of plea and sentencing proceedings.

It seems appropriate at this juncture for undersigned counsel to consider moving to withdraw so that the Defendant can receive the assistance of appointed counsel. Under such representation, Defendant may be able to pursue the option of requesting a transfer of the case to Florida or other arrangements that would facilitate in person attendance at hearings related to the proposed plea. Potentially, an attorney appointed for Defendant could travel to Florida and/or the appointed attorney could be based in Florida.

In any event, counsel is concerned that effective advise cannot be provided to resolve this case without Defendant's in person participation at the critical events of the case, change of plea and sentencing.

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281

It is counsel's intention to consider with the Defendant the necessity of moving to withdraw. Such a request would be made by separate motion.

Additionally, the Government is working to finalize a formal plea offer, and the continuance of this hearing would facilitate those efforts.

Thus, the Court should continue the status hearing to February 15, 2024 at 11:00 a.m., and allow the Defendant to appear by phone, in light of the above. Counsel for the Government, Morgan Walker, does not oppose the request.

RESPECTFULLY submitted this 23rd day of January, 2024.

> WEIDNER & ASSOCIATES
> Attorneys for Defendant Jerome Stringfield
>
> */s/Lisa Rosano*
> Lisa Rosano
> ABA No. 0511110

CERTIFICATE OF SERVICE
I hereby certify that on this 23rd day of January, 2024, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/Lisa Rosano*

WEIDNER & ASSOCIATES
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax (833) 594-1281