Phillip Paul Weidner
Lisa Rosano
WEIDNER & ASSOCIATES, APC
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JEROME ANTHONY STRINGFIELD, ) <br> Defendant. ) <br> ) | Case No. 3:22-CR-00031-JMK-MMS |

ORDER RE:
UNOPPOSED/CONSENT MOTION TO CONTINUE STATUS HEARING

For good cause shown, the Court hereby GRANTS the request to continue the status hearing set for January 25, 2024. The hearing is continued to February 15, 2024 at 11:00 a.m.

Date: _____          _____
                                                           U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on this 23rd day of January, 2024, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

/ s/ Lisa Rosano