Lisa Rosano
Weidner Rosano
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
Tel. (907) 276-1200
Fax (833) 594-1281
lrosano@weidnerjustice.com
Attorneys for Defendant Morgan Waycaster

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JEROME ANTHONY STRINGFIELD, ) <br> Defendant. ) <br> ) | Case No. 3:22-CR-00031-JMK-MMS |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW Defendant Jerome Anthony Stringfield, by and through counsel, and hereby gives notice of his intent to change plea.

Defendant intends to file a signed plea agreement with the Court.

The Change of Plea should be set before the District Court Judge and should be set for late August 2024. The Defendant lives in Florida and is endeavoring to raise funds to travel to Alaska. His financial means are very limited.

RESPECTFULLY submitted this 27th day of June, 2024.

WEIDNER ROSANO
Attorneys for Defendant
Morgan James Waycaster

*/s/ Lisa Rosano*
Lisa Rosano

CERTIFICATE OF SERVICE
I hereby certify that on June 27, 2024 this was served via ECF on the U.S. Attorney's Office.

/s/ Lisa Rosano

**WEIDNER ROSANO**
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax: 833-594-1281

*United States v. Stringfield*
*Notice of Intent to Change Plea*

2