IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )  Case No. 3:22-cr-00031-SLG-MMS
    Plaintiff, )
 )
vs. ) **CONSENT TO RULE 11 PLEA IN A**
 ) **FELONY CASE BEFORE A UNITED**
 ) **STATES MAGISTRATE JUDGE**
JEROME ANTHONY STRINGFIELD, )
    Defendant. )
_____ )

The Defendant has been advised of the right to enter a plea before a United States District Judge. The Defendant, defense counsel, and the attorney for the Government consent to have the Defendant's plea(s) taken by a United States Magistrate Judge pursuant to Fed.R.Cr.P. 11 and 59. The parties understand that if the Magistrate Judge recommends that the plea(s) of guilty be accepted, a pre-sentence investigation report will be ordered pursuant to Fed.R.Crim.P. 32. The parties further understand that objections to the Magistrate Judge's Report and Recommendation must be filed within the time provided in Fed.R.Cr.P. 59. The assigned District Judge will act on the Magistrate Judge's Report and Recommendation; decide whether to accept any plea agreement; adjudicate guilt; and determine and impose sentence.

DATED this \_\_27TH\_\_ day of \_\_AUGUST\_\_, 20\_24\_.

_____      _____
Attorney for Defendant      Defendant

_____      _____
Assistant United States Attorney      Interpreter for Defendant