Phillip Paul Weidner
Lisa Rosano
WEIDNER ROSANO
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEROME ANTHONY STRINGFIELD, )<br>Defendant. )<br>_____ ) | Case No. 3:22-CR-00031-JMK-MMS |

### MOTION FOR PERMISSION FOR DEFENDANT TO APPEAR TELEPHONIC OR VIA VIDEO AT SENTENCING

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel, and hereby respectfully requests the Court allow Defendant to appear telephonic or via video conference at the Sentencing hearing set for Tuesday, December 3, 2024, at 10:00AM.

This Motion is made on the grounds that Mr. Stringfield lives and resides in Kissimmee, Florida, and although he personally appeared for his Change of Plea Hearing on August 27, 2024, due to financial restraints, he is unable to incur the costs associated with traveling back to Alaska to personally attend the Sentencing Hearing.

Thus, Counsel and Defendant respectfully request the Court allow Defendant to appear telephonic or via video conference.

RESPECTFULLY submitted this 19th day of November 2024.

WEIDNER ROSANO<br>Attorneys for Defendant Jerome Stringfield

*/s/Phillip Paul Weidner*

CERTIFICATE OF SERVICE
I hereby certify that on November 19, 2024, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/Phillip Paul Weidner*

**WEIDNER ROSANO**
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax: 833-594-1281