Phillip Paul Weidner
Lisa Rosano
WEIDNER ROSANO
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>JEROME ANTHONY STRINGFIELD,  )<br>Defendant.  )<br>_____ ) | Case No. 3:22-CR-00031-JMK-MMS |

**ORDER RE: MOTION FOR PERMISSION FOR DEFENDANT TO APPEAR TELEPHONIC OR VIA VIDEO AT SENTENCING**

For good cause shown, the Court hereby GRANTS: *Motion for Permission for Defendant to Appear Telephonic or via Video at Sentencing*. Defendant may appear by calling _____.

Date: _____     _____
                                                    U. S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on November 19, 2024, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/Phillip Paul Weidner*

**WEIDNER ROSANO**
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200   Fax: 833-594-1281

Page 1 of 1