Phillip Paul Weidner
Lisa Rosano
WEIDNER ROSANO
431 W. 7th Avenue, Suite 101
Anchorage, Alaska 99501
(907) 276-1200
Phillipweidner@weidnerjustice.com
lrosano@weidnerjustice.com
mberns@weidnerjustice.com
Attorneys for Defendant Jerome Stringfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                      Plaintiff,           ) Case No. 3:22-CR-00031-JMK-MMS<br>     v.                                                 )<br>                                                             )<br>JEROME ANTHONY STRINGFIELD,  )<br>                      Defendant.        )<br>_____) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW Defendant Jerome Anthony Stringfield, by and through Counsel, and hereby submits his Sentencing Memorandum for the Sentencing set for Tuesday, December 3, 2024, at 10:00AM, in front of the Honorable Judge Sharon Gleason.

This case arises from a mistake made by the Defendant, Mr. Stringfield, which he will not repeat.

The Final Presentence Report at Dkt 56 addresses his history, medical problems, and his commitment to his family, and being a hard-working member of the community.

The Court should accept the Final Presentence Report at Dkt 56, and the analysis therein and sentence Mr. Stringfield in accord with the Plea Agreement at Dkt 49 and the Addendum at Dkt 50.

Said Plea Agreement was carefully negotiated with the U.S. Attorney's Office over many months of consultation with Mr. Stringfield and the U.S. Probation Office in Florida, and Mr. Stringfield will function well on supervision and probation, and will continue to abide by the law and deal with his medical conditions.

RESPECTFULLY submitted this 26th day of November 2024.

WEIDNER ROSANO
Attorneys for Defendant Jerome Stringfield

*/s/Phillip Paul Weidner*
ABA No. 7305032

CERTIFICATE OF SERVICE
I hereby certify that on November 26th, 2024, a copy of the foregoing was served electronically on the U.S. Attorney's Office.

*/s/Phillip Paul Weidner*

**WEIDNER ROSANO**
*A Professional Partnership*
431 West 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 276-1200 Fax: 833-594-1281