S. LANE TUCKER
United States Attorney

MORGAN J. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: morgan.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME ANTHONY STRINGFIELD,<br><br>Defendant. | No. 3:22-cr-00031-SLG-MMS |

**MOTION FOR ORDER TO ACCEPT LATE-FILED
SENTENCING MEMORANDUM**

The United States respectfully requests the Court order that the Government's sentencing memorandum (Dkt. 61) is accepted as filed despite being filed late.

Undersigned apologizes for her error in filing late, which occurred, in part, because undersigned was absent from the office on annual leave.

The Government respectfully submits that there is no prejudice to the defense, nor inconvenience to the Court, as a result of this delay because the Government's sentencing recommendation is consistent with the joint agreed-upon sentence recommended in the

Rule 11(c)(1)(C) plea agreement (Dkt. 49).

RESPECTFULLY SUBMITTED December 2, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Morgan J. Walker
MORGAN J. WALKER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Morgan J. Walker