IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME ANTHONY STRINGFIELD,<br><br>Defendant. | No. 3:22-cr-00031-SLG-MMS |

**[PROPOSED] ORDER GRANTING
MOTION FOR ORDER TO ACCEPT LATE-FILED
SENTENCING MEMORANDUM**

Before the Court is the Government's motion to accept as late-filed the prosecution sentencing memorandum (Dkt. 61). For the reasons stated in the motion, the motion is GRANTED and it is ORDERED that the sentencing memorandum is accepted as late-filed.

_____

Hon. Sharon L. Gleason